No. 9407. STATE OF MONTANA, ex rel. STERLING M. WOOD, Relator, *v.* DISTRICT COURT OF THE COUNTY OF YELLOWSTONE, and the HONORABLE F. V. WATTS, Judge presiding, Respondents.

Decided March 26, 1954.

268 Pac. (2d) 400.

*Mr. Ralph J. Anderson, Mr. Stanley P. Sorenson,* Helena, for Relator.

Per Curiam.

It is ordered that the writ be and it is denied and the proceeding is dismissed.

No. 9416. STATE OF MONTANA ex rel. DANIEL E. O'NEIL, Relator, *v.* DISTRICT COURT OF THE COUNTY OF CASCADE, and the HONORABLE C. F. HOLT, the Judge thereof, Respondents.

269 Pac. (2d) 338.

Decided April 17, 1954.

Rehearing denied April 23, 1954.

*Messrs. Jardine, Chase & Stephenson, Mr. Alex Blewett, Jr.,* and *Mr. John H. Weaver,* Great Falls, for Relator.

Per Curiam.

Application for writ of supervisory control. The writ is denied and the proceeding dismissed.

MR. JUSTICES ANGSTMAN and ANDERSON dissenting: We think the alternative writ should issue.

On Petition for Rehearing

Per Curiam.

Relator's petition for rehearing is denied.

MR. JUSTICES ANGSTMAN and ANDERSON dissenting: We think the petition for rehearing should be granted.